■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAIME GONZALES, Also Known as GAIME GONZALEZ, Also Known as JAIME GONZALEZ, Appellant. [789 NYS2d 437]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 19, 2003 (*People v Gonzales,* 305 AD2d 614 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered November 7, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Luciano, JJ., concur.